1 RUTH ELIN AUERBACH, (SBN 104191)
LAW OFFICE OF RUTH AUERBACH
2 711 Van Ness Avenue, Suite 440
San Francisco, CA 94102
3 Tel: (415) 673-0560
Fax: (415) 673-0562
4
Attorneys for Debtor

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re<br><br>KIERNAN PLAZA INVESTORS, LLC<br><br>                 Debtor. | Case No.: 10-45827<br>CHAPTER 11<br><br>**DECLARATION OF WILLIAM COURTNEY IN OPPOSITION TO EX-PARTE APPLICATION FOR ENTRY OF ORDER FOR RELIEF FROM STAY** |

I, WILLIAM COURTNEY, Declare that:

1. I am the Responsible Individual and managing member of Kiernan Plaza Investors, LLC, the Debtor-in-Possession herein.

2. On June 22, 2011, I prepared the transmittal and check for payment of the June payment to Delta Bank. A copy of my transmittal is attached hereto as Exhibit "A".

3. I was not aware that the transmittal did not go out until June 27, 2011, when I saw it in my office. I immediately sent the payment to Delta Bank on June 27, 2011.

4. Because of the change of Judges in the middle of our plan confirmation process, there has been some delay in obtaining confirmation of the Debtor's Plan. However, the hearing on approval of the Debtor's Disclosure Statement has now been set for July 28, 2011.

CHAPTER 11 PLAN OF REORGANIZATION    - 1

1      5. Kiernan can continue to make the adequate protection payments pending a

2 hearing on Confirmation of the Debtor's Plan.

3      I declare under penalty of perjury that the foregoing is true and correct.  Executed at

4 Castro Valley, California, this 30th day of June 2011.

5

6                                                         _/s/ William Courtney_____

7                                                         WILLIAM COURTNEY

June 22, 2011

Delta Bank
611 No. Main Street
Manteca, CA 95336

RE: <u>KIERNAN PLAZA INVESTORS</u>

Enclosed is our Cashiers Check in the amount of $20,142.57 for payment in full as required on behalf of Kiernan Plaza Investors, LLC.

Sincerely,

*[signature]*

Kiernan Plaza Investors, LLC

**KIERNAN PLAZA INVESTORS LLC**
20632 REDWOOD RD SUITE B
CASTRO VALLEY, CA 94546 5631

99006
90-78/121

DATE 6/22/11

PAY TO THE ORDER OF — Delta National Bank — | $ 20,142.57

Twenty thousand one hundred forty two *57/100 — DOLLARS

Castro Valley
3396 CASTRO VALLEY BOULEVARD
CASTRO VALLEY, CA 94546
1-800-488-2265

**BANK OF THE WEST**

FOR _____

⑈121100782⑈ 012473579⑈ 99006

10-45827  Doc 81  Filed: 06/30/11  Entered: 06/30/11 10:16:11  Page